Thomas L. Hicks, Thomas Martindale and Finley Acker,.
Appellants, *v.* The City of Philadelphia, Charles F.
Warwick, Thomas M. Thompson and the United Gas:
Improvement Company.

Argued Jan. 24, 1898.    Appeal, No. 460, Jan. T., 1897, by·
plaintiffs, from decree of C. P. No. 4, Phila. Co., Sept. T., 1897,.
No. 832, refusing preliminary injunction.    Before STERRETT,.
C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and:
FELL, JJ.    Affirmed.

*Alexander Simpson*, for appellants.

*James Alcorn*, assistant city solicitor, with him, *John L. Kin-·
sey*, city solicitor, and *Ernest Lowengrund*, for appellees.

*John G. Johnson* and *Charles E. Morgan, Jr.*, for the United·
Gas Improvement Company.

OPINION BY Mr. JUSTICE MITCHELL, February 21, 1898:
This case was argued with Baily et al. v. Philadelphia,.
ante, p. 594, and the decree is affirmed for the reasons given in·
the opinion in that case filed herewith.